PAULINE DAVID, Appellant, v. JULIUS KAHAN, Respondent.— Judgment unanimously affirmed, without costs.   No opinion.   Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

NATHAN FREEDMAN and Another, Copartners, etc., Appellants, v. PHILIP GOLDFARB and Others, Respondents.— Order affirmed, without costs.   We are of opinion that the Special Term had jurisdiction to entertain the motion in the circumstances shown by the record, and that it was not an abuse of discretion to open the default.     Neither at Special Term nor in this court did the appellants seek the imposition of terms as a condition of opening the default; hence, we affirm the order without terms.   Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

FRED A. GAMBOLD, as Executor, etc., of CHARLES S. LAMPHEAR, Deceased, Respondent, v. GEORGE W. MACLEAN and Another, as Surviving Executors, etc., of KATHERINE L. MACLEAN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.